762

*Mr. Ewing Dean Colvin* for respondent.

No. 836. BENNETT ET AL. *v.* U. S. SHIPPING BOARD EMERGENCY FLEET CORPORATION ET AL. May 26, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Ashby Williams* for petitioners. *Solicitor General Thacher, Messrs. Claude. R. Branch, J. Frank Staley,* and *W. Marvin Smith* for respondents.

No. 838. FLOWERS *v.* POSITYPE CORP. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Francis X. Busch* for petitioner. *Mr. R. Randolph Hicks* for respondent.

No. 839. FLORIDA NATIONAL BANK ET AL. *v.* EVANS. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter A. Harris* for petitioners. *Mr. John R. L. Smith* for respondent.

No. 840. WESTERN & ATLANTIC RAILROAD *v.* LOCHRIDGE, ADMINISTRATRIX. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Messrs. Fitzgerald Hall* and *Frank Slemons* for petitioner. *Mr. Samuel D. Hewlett* for respondent.

No. 848. CABANGIS *v.* PHILIPPINE ISLANDS. May 26, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Pedro Guevara*